# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDNA FRANCHINI, *individually and on behalf of all others similarly situated*, | |
| Plaintiff, | 21-cv-891 |
| v. | Hon. John Z. Lee |
| ECOLAB INC., | Mag. Judge Sheila M. Finnegan |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff, Edna Franchini ("Plaintiff"), through the undersigned counsel, hereby informs this Court that the parties have reached a settlement, which will resolve this case on an individual, non-class basis. Plaintiff expects the parties to execute a written settlement agreement within the next fourteen (14) days and then file a Stipulation to Dismiss with prejudice. Plaintiff respectfully requests that this Court strike all pending dates.

Counsel for the Defendant, Ecolab Inc., consents to this filing.

Date: September 30, 2021

Respectfully Submitted,

*/s/ Mara Baltabols*

David Fish
Mara Baltabols
**Fish Potter Bolaños, P.C.**
200 East Fifth Avenue, Suite 123
Naperville, Illinois 60563
312.861.1800
dfish@fishlawfirm.com
mara@fishlawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served via ECM/CF filing system on September 30, 2021 to all counsel of record.

Date: September 30, 2021          Respectfully Submitted,

*/s/ Mara Baltabols*

David Fish
Mara Baltabols
**Fish Potter Bolaños, P.C.**
200 East Fifth Avenue, Suite 123
Naperville, Illinois 60563
312.861.1800
dfish@fishlawfirm.com
mara@fishlawfirm.com