# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Edna Franchini
                    Plaintiff,

v.
                                                Case No.: 1:21−cv−00891
                                                 Honorable John Z. Lee

Ecolab Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 1, 2021:

      MINUTE entry before the Honorable John Z. Lee: The Court is informed that the parties have reached a settlement in principle and require 14 days' time to finalize their agreement. Accordingly, this case is dismissed without prejudice. The dismissal will automatically convert to one with prejudice on 10/15/21 if neither party files a motion for extension of time or for leave to reinstate by that date. All pending motions are stricken as moot. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.